778 S.E.2d 151

Peter WEIDLEIN, Appellant,

v.

Mimi C. WEIDLEIN, Appellee.

Record No. 2145–14–4.

Court of Appeals of Virginia.

Nov. 10, 2015.

Before HUFF, C.J., and HUMPHREYS, PETTY, BEALES, ALSTON, McCULLOUGH, CHAFIN, DECKER, O'BRIEN, RUSSELL and ATLEE, JJ.

Upon a Petition for Rehearing En Banc

On October 20, 2015 came the appellee, by counsel, and filed a petition requesting that the Court set aside the judgment rendered herein on October 6, 2015, and grant a rehearing *en banc* on the issue(s) raised in the petition.

On consideration whereof, the petition for rehearing *en banc* is granted with regard to the issue(s) raised therein, the mandate entered herein on October 6, 2015 is stayed pending the decision of the Court *en banc,* and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with the schedule set forth in Rule 5A:35(b). The appellant shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. An electronic version of each brief shall be filed with the Court and served on opposing counsel. In addition, twelve printed copies of each brief shall be filed. It is further ordered that the appellee shall file an electronic version and twelve additional copies of the appendix previously filed in this case.[1]

---

1. The guidelines for filing electronic briefs and appendices can be found at www.courts.state.va.us/online/vaces/resources/guidelines.pdf.